IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:23-CR-21-001(CDL) |
| **ANTHONY KING, JR** | |

## **ORDER**

On January 23, 2024, Anthony King, Jr., was sentenced by this Court to 24 months imprisonment (ECF No. 32) for Possession with Intent to Distribute Marijuana. The prison term was to be followed by three years supervised release, to include a requirement that King work full time (at least 30 hours per week) at a lawful type of employment (Standard Condition No. 7, Judgment in a Criminal Case, ECF No. 32).

King, through counsel, filed a motion (ECF No. 34) seeking clarification or modification of Standard Condition No. 7. King reported he is employed as a rap artist, known by the stage name "Juwop," and is signed to Bases Loaded Records in Atlanta, Georgia. King seeks clarification regarding whether this employment meets Standard Condition No. 7 and/or a modification allowing such work.

King is not technically an employee of another business; thus, the U.S. Probation Office requests certain actions for the purposes of self-employment verification. The Court finds the requested requirements reasonable to ensure compliance with Standard Condition No. 7 (ECF No. 32).

Having considered the requests of all parties, the Court CONCURS with the stated employment and ORDERS King complete and submit the following to the U.S. Probation Office:

- Register the business with the Georgia Secretary of State to obtain a business name and state licensure to operate.
- Obtain an Employer Identification Number from the IRS.
- Obtain a business checking account and submit monthly statements to verify income.
- Submit contracts for shows and performances for issuance of potential travel permits.
- Submit annual tax filings.

Should King travel for concerts or work-related meetings, the Court further ORDERS King to provide the U.S. Probation Office with a detailed itinerary for each day of travel.

SO ORDERED this 21st day of April, 2025.

                S/Clay D. Land
                CLAY D. LAND
                U.S. DISTRICT COURT JUDGE
                MIDDLE DISTRICT OF GEORGIA